| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/30/2025 |

UNITED STATES OF AMERICA,

-v-

ANDERSON ZAMBRANO-PACHECO, REINALDO RAFAEL GONZALES-VALDEZ, JOSE MANUEL GUERRERO-ZARATE, JOSE DAVID VALENCIA-DE LA ROSA, JOHAN CARLOS MUJICA-URPIN, LUIS JOSE VELASQUEZ-HURTADO, STEFANO PACHON-ROMERO, GUILLERMO ENRIQUE FREITES-VELAZQUEZ, JESUS DAVID BARRIOS GARCIA, GIOVANNY VALENTIN BLANCO LUCIANO, ANDERSON JESUS DURAN BERROTERAN, ROIMAN NOE BELLO FERRER, LUIS MIGUEL RODRIGUEZ-TAPIA, MARIO ANDRES PEREDA, YEFERSON ALEJANDRO PRIETO GALVIZ, JHONKENNEDY BRAVO-CASTRO, YENDER MAYKIER MATA, WILFREDO JOSE AVENDANO CARRIZALEZ, CARLOS GABRIEL SANTOS MOGOLLON, KELLEN ALEJANDRO JASPE BUSTAMANTE, and LUIS ANDRES BELLO-CHACON,

                                         Defendants.

25-cr-76 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On April 30, 2025, the Court held an arraignment and initial conference in this matter as to Defendants Anderson Zambrano-Pacheco, Reinaldo Rafael Gonzales-Valdez, Jose Manuel Guerrero-Zarate, Luis Jose Velasquez-Hurtado, Stefano Pachon-Romero, Jesus David Barrios Garcia, Giovanny Valentin Blanco Luciano, Yeferson Alejandro Prieto Galviz, Jhonkennedy Bravo-Castro, Wilfredo Jose Avendano Carrizalez, Kellen Alejandro Jaspe Bustamante, and Luis Andres Bello-Chacon. As the Court stated on the record, IT IS HEREBY ORDERED that defense counsel shall jointly file a proposed order for appointment of a discovery coordinator by May 7, 2025. IT IS FURTHER ORDERED that the government shall produce all discovery other than

cell phone extractions by June 12, 2025.  IT IS FURTHER ORDERED that the parties shall file a joint status letter by June 18, 2025.

IT IS FURTHER ORDERED that the parties shall appear for a further conference on July 15, 2025 at 2:00 p.m.  The parties shall file a joint letter one week in advance of that conference.  All time excluded on the consent of all parties until July 15, 2025.

**SO ORDERED.**

Date:  **April 30, 2025**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**