

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

April 30, 2025

*Via ECF and Electronic Mail*

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   ***Re: United States of America v. Andersen Zambrano Pacheco, S1 25 Cr. 76 (MKV)***

Your Honor:

     I represent Andersen Zambrano Pacheco in the above-referenced matter and pursuant to the Criminal Justice Act (CJA).  Pursuant to our status conference today, I indicated that I would file a written submission outlining our requests for the Court's review and consideration.  Recently, I learned of some additional information that needs my attention before we can file a fulsome application.  Thus, we respectfully request a one-day extension to file our application.

     Thank you for your time and consideration.


                                                    Respectfully submitted,

                                                    s/ Jacqueline E. Cistaro, Esq.


cc :     All counsel