U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>U.S. v. Gonzales-Valdez et al.</u>, S1 25 Cr. 76 (MKV)

Dear Judge Vyskocil:

    The Government respectfully submits this joint letter with respect to case scheduling. The Government made a very substantial discovery production on June 20 and has advised the defense of additional productions it expects to make in the coming days.

    The parties seek a 90-day adjournment of next week's status conference to permit defense counsel additional time to review discovery—the production of which is on-going by the Government—and to meet with the defendants before proposing a motion and/or trial schedule to the Court. The Government respectfully requests the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The discovery in this case is voluminous and complicated, and the exclusion of time would permit the Government to continue producing discovery and defense counsel to continue reviewing the discovery and to advise the defendants regarding motions and, potentially, pretrial dispositions. The defense consents to the exclusion of time.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

    by:    /s/ Jun Xiang
    Jun Xiang / Kathryn Wheelock / Timothy Ly
    Assistant United States Attorneys
    (212) 637-2289 / -2415 / -1062

**CC (By ECF)**
All Counsel of Record

---

Granted. **SO ORDERED.** The status conference is ADJOURNED to October 9, 2025 at 11:00 a.m. All time is excluded until October 9, 2025. Motions are due by October 30, 2025.

Date: July 11, 2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge