UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | ~~[Proposed]~~ **Protective Order** |
| v. | **S1 25 Cr. 76 (MKV)** |
| REINALDO RAFAEL GONZALES-VALDEZ,<br>JOSE MANUEL GUERRERO-ZARATE,<br>JOSE DAVID VALENCIA-DE LA ROSA,<br>JOHAN CARLOS MUJICA-URPIN,<br>LUIS JOSE VELASQUEZ-HURTADO,<br>STEFANO SAID PACHON-ROMERO,<br>GUILLERMO ENRIQUE FREITES-VELAZQUEZ,<br>JESUS DAVID BARRIOS GARCIA,<br>GIOVANNY VALENTIN BLANCO LUCIANO,<br>ANDERSON JESUS DURAN BERROTERAN,<br>ROIMAN NOE BELLO FERRER,<br>LUIS MIGUEL RODRIGUEZ-TAPIA,<br>MARIO ANDRES PEREDA,<br>ANDERSON SMITH ZAMBRANO-PACHECO,<br>YEFERSON ALEJANDRO PRIETO GALVIZ,<br>JHONKENNEDY BRAVO-CASTRO,<br>YENDER MAYKIER MATA,<br>WILFREDO JOSE AVENDAÑO CARRIZALEZ,<br>CARLOS GABRIEL SANTOS MOGOLLON,<br>KELLEN ALEJANDRO JASPE BUSTAMANTE, and<br>LUIS ANDRES BELLO-CHACON,<br><br>*Defendants.* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:__8/6/2025____ |

Upon the application of the United States of America, with the consent of the undersigned

counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court

hereby finds and orders as follows:

**Categories**

1. **Disclosure Material.** The Government will make disclosure to the defendants of

documents, objects and information, including electronically stored information ("ESI"), pursuant

to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general

obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy, confidentiality of individuals and entities; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either that includes a Bates or other label stating "Attorney's Possession Only" or "APO" or in a folder labeled "Attorney Possession Only" or "APO" shall be deemed "APO Material."  In an exceptional case where it is impracticable to follow the above procedure, the government may provide Disclosure Material to the defense in an email with the subject line "Attorney Possession Only" or "APO."

3. **Attorney's Eyes Only ("AEO") Material.** Certain materials in this case raise a more significant risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either that includes a Bates or other label stating "Attorney's Eyes Only" or "AEO" or in a folder labeled "Attorney's Eyes Only" or "AEO" shall be deemed "AEO Material."  In an exceptional case where it is impracticable to follow the above procedure, the government may provide Disclosure Material to the defense in an email with the subject line "Attorney's Eyes Only" or "AEO."

2023.11.26

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

## **Disclosure and Treatment**

4.  Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media. This provision applies only to information and materials obtained from the Government through the discovery process.

5.  APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendant, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein. APO Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court.

6.  AEO Material received by defense counsel shall be maintained on an attorney's eyes only basis, and the defense shall not share any AEO Material or the content of the AEO Material with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible. AEO Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court.

2023.11.26

**Other Provisions**

7.  This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

8.  The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court.[1] The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

9.  The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

10. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the

---

[1] The defense must, prior to seeking de-designation by the Court, identify for the Government which materials the defense seeks to de-designate. For the avoidance of doubt, nothing in this Order prevents either the defense or the Government from requesting leave from the Court to submit all or part of its argument on the appropriateness of de-designation on an ex parte basis, consistent with applicable law

2023.11.26

Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

11. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has received, pursuant to warrants issued during the course of the investigation, from various computers, cellphones, and other devices and storage media. This ESI was obtained from the above-captioned defendants. Upon consent of all counsel, the Government is authorized to disclose to defense counsel the entirety of such ESI, which shall be deemed Sealed Material unless otherwise designated.

12. Disclosure Material may not be shared with any named defendant who has not yet been apprehended in this action or any such defendant's counsel.

2023.11.26

## Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney


by: ____/s/ Jun Xiang_____        Date: _____5/27/2025_____
**Jun Xiang**
**Kathryn Wheelock**
**Timothy Ly**
Assistant United States Attorneys

_____        Date: _____7/8/2025_____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**


_____        Date: _____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**


_____        Date: _____
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**


_____        Date: _____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**


_____        Date: _____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**


_____        Date: _____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

2023.11.26

**Retention of Jurisdiction**

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

by: ___/s/ Jun Xiang_____          Date: ____5/27/2025_____
**Jun Xiang**
**Kathryn Wheelock**
**Timothy Ly**
Assistant United States Attorneys

_____          Date: _____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**

_____          Date: _5/27/25_____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**

_____          Date: _____
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**

_____          Date: _____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**

_____          Date: _____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**

_____          Date: _____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

2023.11.26

## **Retention of Jurisdiction**

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney

by: ____/s/ Jun Xiang_____    Date: ____5/27/2025_____
    **Jun Xiang**
    **Kathryn Wheelock**
    **Timothy Ly**
    Assistant United States Attorneys

_____    Date: _____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**

_____    Date: _____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**

*Elena Fast*_____    Date:  6-2-2025
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**

_____    Date: _____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**

_____    Date: _____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**

_____    Date: _____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

2023.11.26

## Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney


by: ___/s/ Jun Xiang_____    Date: ___5/27/2025_____
    **Jun Xiang**
    **Kathryn Wheelock**
    **Timothy Ly**
    Assistant United States Attorneys

_____    Date: _____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**

_____    Date: _____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**

_____    Date: _____
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**

_____    Date: ____7-10-25_____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**

_____    Date: _____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**

_____    Date: _____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

## Retention of Jurisdiction

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney


by: ____/s/ Jun Xiang_____         Date: ____5/27/2025_____
   **Jun Xiang**
   **Kathryn Wheelock**
   **Timothy Ly**
   Assistant United States Attorneys

_____         Date: _____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**

_____         Date: _____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**

_____         Date: _____
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**

_____         Date: _____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**

_____         Date: _July 8, 2025_____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**

_____         Date: _____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

2023.11.26

**Retention of Jurisdiction**

13. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney


by: _____/s/ Jun Xiang_____          Date: _____5/27/2025_____
    **Jun Xiang**
    **Kathryn Wheelock**
    **Timothy Ly**
    Assistant United States Attorneys

_____          Date: _____
**Russell Capone, Esq.**
Counsel for **Reinaldo Rafael Gonzales-Valdez**

_____          Date: _____
**Noam Biale, Esq.**
Counsel for **Jose Manuel Guerrero-Zarate**

_____          Date: _____
**Elena Fast, Esq.**
Counsel for **Jose David Valencia-De La Rosa**

_____          Date: _____
**Joshua Horowitz, Esq.**
Counsel for **Johan Carlos Mujica-Urpin**

_____          Date: _____
**Joshua Kirshner, Esq.**
Counsel for **Luis Jose Velasquez-Hurtado**

_____          Date: _____7/8/2025_____
**Marc Greenwald, Esq.**
Counsel for **Stefano Said Pachon-Romero**

2023.11.26

Andrew Patel / JX with authorization                    Date: _____ July 8, 2025

_____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____                    Date: _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____                    Date: _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____                    Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____                    Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____                    Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____                    Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____                    Date: _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____                    Date: _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____                    Date: _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

2023.11.26

_____                Date: _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**

*Lauren Di Chiara*                              Date: 6.15.2025
_____                      _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**

_____                Date: _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**

_____                Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**

_____                Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**

_____                Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**

_____                Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**

_____                Date: _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**

_____                Date: _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**

_____                Date: _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

2023.11.26

_____    Date: _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**

_____    Date: _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**

_____    Date: 7/8/2025
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**

_____    Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**

_____    Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**

_____    Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**

_____    Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**

_____    Date: _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**

_____    Date: _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**

_____    Date: _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

2023.11.26

_____   Date: _____

**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**

_____   Date: _____

**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**

_____   Date: _____

**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**

_____   Date: 6/10/25

**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**

_____   Date: _____

**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**

_____   Date: _____

**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**

_____   Date: _____

**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**

_____   Date: _____

**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**

_____   Date: _____

**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**

_____   Date: _____

**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

2023.11.26

_____        Date:    _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____        Date:    _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____        Date:    _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____        Date:    _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**

*Lance A. Clarke*                       Date:    8/5/2025
_____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____        Date:    _____
**Jill Shellow, Esq.**
Counsel for **Mario Andres Pereda**


_____        Date:    _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____        Date:    _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____        Date:    _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____        Date:    _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____        Date:    _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

2023.11.26

_____                Date:  _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**

_____                Date:  _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**

_____                Date:  _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**

_____                Date:  _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**

_____                Date:  _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**

Jill R.    Digitally signed by Jill
Shellow    R. Shellow                           Date:  July 25, 2025
           Date: 2025.07.25                             _____
           12:57:37 -04'00'
**Jill Shellow, Esq.**
Counsel for **Mario Andres Pereda**

_____                Date:  _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**

_____                Date:  _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**

_____                Date:  _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**

_____                Date:  _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**

_____                Date:  _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

2023.11.26

_____    Date:    _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____    Date:    _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____    Date:    _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____    Date:    _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____    Date:    _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____    Date:    _____
**Jill Shellow, Esq.**
Counsel for **Mario Andres Pereda**

*Jacqueline Cistaro*
_____    Date:    08/05/2025
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____    Date:    _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____    Date:    _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____    Date:    _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____    Date:    _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

2023.11.26

_____     Date:   _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____     Date:   _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____     Date:   _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____     Date:   _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____     Date:   _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____     Date:   _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


*Camille M. Abate*     Date:   May 27, 2025
**Camille M. Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____     Date:   _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____     Date:   _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____     Date:   _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

_____     Date: _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____     Date: _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____     Date: _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____     Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____     Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____     Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____     Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____     Date: _____7/14/2025_____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____     Date: _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____     Date: _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

_____     Date: _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____     Date: _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____     Date: _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____     Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____     Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____     Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____     Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____     Date: _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____     Date:   06/02/2025
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____     Date: _____
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

2023.11.26

_____                Date: _____
**Andrew Patel, Esq.**
Counsel for **Guillermo Enrique Freites-Velaszquez**


_____                Date: _____
**Lauren Di Chiara, Esq.**
Counsel for **Jesus David Barrios Garcia**


_____                Date: _____
**Richard Rosenberg, Esq.**
Counsel for **Giovanny Valentin Blanco Luciano**


_____                Date: _____
**Donald duBoulay, Esq.**
Counsel for **Roiman Noe Bello Ferrer**


_____                Date: _____
**Lance Clarke, Esq.**
Counsel for **Luis Miguel Rodriguez-Tapia**


_____                Date: _____
**Jacqueline Cistaro, Esq.**
Counsel for **Anderson Zambrano-Pacheco**


_____                Date: _____
**Camille Abate, Esq.**
Counsel for **Yeferson Alejandro Prieto Galviz**


_____                Date: _____
**Xavier Donaldson, Esq.**
Counsel for **Jhonkennedy Bravo-Castro**


_____                Date: _____
**Edward Diskant, Esq.**
Counsel for **Yender Maykier Mata**


_____                Date: _7/11/25_
**Elizabeth Macedonio, Esq.**
Counsel for **Wilfredo Jose Avendano Carrizalez**

7

2023.11.26

_Ken Womble_                                  Date:  May 27, 2025
_____                        _____
**Ken Womble, Esq.**
Counsel for **Kellen Alejandro Jaspe Bustamante**


_____                  Date:  _____
**Daniel McGuinness, Esq.**
Counsel for **Luis Andres Bello-Cachon**


SO ORDERED:

Dated:  New York, New York
        _____


                                  _____
                                  THE HONORABLE **MARY KAY VYSKOCIL**
                                  UNITED STATES DISTRICT JUDGE

2023.11.26

_____          Date: _____

**Ken Womble, Esq.**
Counsel for **Kellen Alejandro Jaspe Bustamante**

_____          Date: 6/10/2025

**Daniel McGuinness, Esq.**
Counsel for **Luis Andres Bello-Cachon**

SO ORDERED:

Dated:  New York, New York
          August 6, 2025

_____
THE HONORABLE **MARY KAY VYSKOCIL**
UNITED STATES DISTRICT JUDGE

2023.11.26

8