

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2025

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

July 21, 2025

**SENT VIA ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        *Re: U.S. v. Anderson Zambarano-Pacheco, 25 Cr. 76 (MKV)*

Your Honor:

    I was appointed to represent Anderson Zambrano-Pacheco in the above-referenced matter and pursuant to the Criminal Justice Act (CJA). I write to respectfully request the Court appoint David Bertan as co-counsel to assist me with Mr. Zambrano-Pacheco's defense in this matter.

    This case involves twenty-one (21) defendants. The government charged the defendants with RICO and related offenses, which allege a gang affiliation known as the "Anti-Tren" that initiated in Venezuela and operated in the United States over the course of approximately three years (2022-2025).

    Further, the government anticipates producing voluminous, complicated, and extensive Rule 16 discovery, including approximately 40 cellphone extractions, records, and mapping locations, multiple audio and video recordings, search warrants, affidavits, and returns, social media, law enforcement reports, and expert reports.

    Mr. Bertan and I have worked together on multiple cases and I expect that Mr. Bertan's experience will substantially assist in providing the best defense team to Mr. Smith at trial. I further request that Mr. Bertan receive the standard CJA rate of $175 for appointed counsel as he has been a member of the SDNY Panel for over 10 years.

Respectfully submitted,

s/ Jacqueline E. Cistaro

---

The Court is cognizant of the obligation to provide the services necessary for adequate representation pursuant to 18 U.S.C. § 3006A. The Court is also aware that, under the SDNY Plan, "a district judge *may* appoint two" CJA attorneys to represent one defendant in "an extremely difficult case." VII.C.4. However, here, counsel principally cites the volume and complexity of the discovery as the reason to appoint co-counsel, and the Court has already appointed discovery coordinator to assist the parties. Counsel does not identify any other extenuating circumstances requiring two attorneys for this defendant, and the Court is confident that current counsel is providing him with adequate representation. As such, the request to appoint co-counsel is DENIED without prejudice at this time. The Court is, however, inclined to approve associate and paralegal work.

Date: Aug. 7, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge