UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANDERSON ZAMBRANO-PACHECO, REINALDO
RAFAEL GONZALES-VALDEZ, JOSE MANUEL
GUERRERO-ZARATE, JOSE DAVID VALENCIA-DE LA
ROSA, JOHAN CARLOS MUJICA-URPIN, LUIS JOSE
VELASQUEZ-HURTADO, STEFANO PACHON-
ROMERO, GUILLERMO ENRIQUE FREITES-
VELAZQUEZ, JESUS DAVID BARRIOS GARCIA,
GIOVANNY VALENTIN BLANCO LUCIANO,
ANDERSON JESUS DURAN BERROTERAN, ROIMAN
NOE BELLO FERRER, LUIS MIGUEL RODRIGUEZ-
TAPIA, MARIO ANDRES PEREDA, YEFERSON
ALEJANDRO PRIETO GALVIZ, JHONKENNEDY
BRAVO-CASTRO, YENDER MAYKIER MATA,
WILFREDO JOSE AVENDANO CARRIZALEZ, CARLOS
GABRIEL SANTOS MOGOLLON, KELLEN
ALEJANDRO JASPE BUSTAMANTE, and LUIS
ANDRES BELLO-CHACON,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/5/2026___

25-cr-76 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has carefully reviewed the parties' letters regarding the government's requests to: (1) adjourn the conference that is scheduled to take place on January 15, 2026 until the first week of February 2026; (2) adjourn the January 8, 2026 deadline for pretrial motions *sine die*; and (3) exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, from January 15, 2026 until the date of the next conference [ECF Nos. 153, 156–173].

The request to adjourn the January 15, 2026 conference is DENIED. The conference will proceed as scheduled. The request to adjourn the January 8, 2026 motions deadline is GRANTED. The request to exclude time after January 15, 2026 is DENIED without prejudice. The Court will address the schedule going forward at the conference.

The Clerk of Court respectfully is requested to terminate the letter motion at docket entry number 153.

**SO ORDERED.**

**Date:  January 5, 2026**
     **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**

2