## The Law Office of Julie de Almeida

**Julie de Almeida, Esq.**
P.O. Box 1196
Weston, CT 06883
415-305-1211
Julie@jdealmeidalaw.com
http:www.jdealmeidalaw.com

April 8, 2026

Honorable Judge Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

Re: *U.S. v. Gonzales-Valdez, et. al* 25-cr-076 (MKV)

Dear Judge Vyskocil:

Pursuant to the Court's Scheduling Order (Dkt. 180), dated January 15, 2026, the government has produced additional supplemental discovery. On April 1, 2026, the government uploaded 8,738 files to the USAfx portal. On April 3, 2026, my office received a hard drive containing an additional 461,289 files.

Regarding the USAfx production, we have conducted an audit and OCR process to ensure text searchability. This production consists of 297 .pdf files totaling 9,053 pages; 9,053 pages are fully searchable, while 7 pages are image-only files. We have verified file integrity and uploaded the content to Box.com for defense access. This production includes search warrant and subpoena returns from Meta, Google, Apple, and Amazon, as well as data from several cellular providers.

| | Size | Files | Folders |
|---|---|---|---|
| ..NY-S)\PRODUCTIONS\2026-04-01 Global Production 08\Group USAfx Production\) | 400.3 MB | 8,348 | 1,036 |
| 09. Subpoena Returns | 351.9 MB | 8,333 | 1,030 |
| 10. 2026.02.25 Jail Notes [AEO] | 38.7 MB | 14 | 2 |
| 06. Search Warrants [AEO] | 9.7 MB | 1 | 1 |

Regarding the hard drive production (527 gigabytes), we have completed the audit and OCR process. This material includes 3,379 .pdf files totaling 74,783 pages; with 74,243 pages being fully searchable and 540 pages being image-only files. The production is currently being uploaded to Box.com while the content is verified. Later today, an email with a link will be sent to all defense teams once the upload is confirmed complete. This production also includes 5,816 jail calls (approximately 277 hours), 10 Cellebrite cellphone .udfr files (117 gigabytes), 5,133 video files of varying duration, and other audio, photographic, and documentary evidence.

| ie | Size | Allocated | Files | Folders |
|---|---|---|---|---|
| H:\ on [VC P08] | 527.1 GB | 527.8 GB | 461,289 | 1,528 |
| 03. USAO Denver Drive [AEO] [TDA] | 455.1 GB | 455.8 GB | 442,206 | 1,074 |
| 02. Arrests and Searches | 44.9 GB | 44.9 GB | 438 | 57 |
| $RECYCLE.BIN | 21.1 GB | 21.1 GB | 84 | 4 |
| 05. ESI | 3.3 GB | 3.3 GB | 17,352 | 202 |
| 01. Incidents | 2.3 GB | 2.4 GB | 888 | 146 |
| 08. Misc | 220.5 MB | 220.7 MB | 85 | 11 |
| 07. Jail Calls | 135.0 MB | 135.4 MB | 185 | 6 |
| 06. Search Warrants [AEO] | 28.1 MB | 28.2 MB | 14 | 10 |
| 04. Cellphone Subscriber Records | 11.8 MB | 11.9 MB | 33 | 7 |
| System Volume Information | 28.1 KB | 32.0 KB | 3 | 1 |
| [1 Files] | 0 Bytes | 0 Bytes | 1 | 0 |

Once we finalize our intake procedures and develop eDiscovery tools to assist the defense, we will duplicate the data onto hard drives for dissemination. We estimate these drives will be ready for distribution toward the end of the week of April 17, 2026. Following distribution, we will schedule three one-hour long Zoom eDiscovery training sessions for the defense teams.

Regarding the February 20, 2026, Cellphone Extraction Discovery, review and preparation were completed on March 17, 2026, and hard drives were distributed on March 19, 2026. In late March and early April, the CDA hosted four Zoom eDiscovery trainings focusing on the Cellebrite Reader application.

As noted in my February 27, 2026, status report, the discovery production received on February 20, 2026, is voluminous and complex. The production includes fifteen full seized device extractions and twenty-eight responsive sets of seized device data, with ten devices having both a full extraction and a responsive set available.

Due to the substantial size of the Cellebrite .ufdr files and the significant RAM required to process them, most computers can only open two files simultaneously. Furthermore, files exceeding 20 gigabytes can take over an hour to open, making the review process exceptionally time-consuming. While we have prepared a detailed index and search tools, there is no substitute for reviewing a device within the proprietary Cellebrite Reader application to utilize its full functionality.

Recent training sessions focused on using index and search tools to identify priority devices and locate data within the seized dataset. Many defense team members attended to learn about the proprietary program and the tools designed to facilitate data review.

As Cellebrite is new to many users, we recognize there is a significant learning curve. Due to high attendance and subsequent requests, we will schedule additional group and individual training sessions throughout April and May. We also remain available to assist on an individual or group basis upon request.

Respectfully Submitted,

*Julie de Almeida*

Julie de Almeida
NYSB # 447645
Coordinating Discovery Attorney