UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

             -against-

ANDERSON ZAMBRANO-PACHECO

---

1:25-cr-76-1 (MKV)

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 4/13/2026

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED a Curcio hearing will take place in this matter on April 16th at 11:30am.

The hearing will be held in Courtroom 18C, at 500 Pearl Street, New York, 10007.

**SO ORDERED.**
**Date April 13, 2026**
**New York, NY**

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE