**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
        -against-                       :          **ORDER**
                                        :
                                        :
                                        :
                                        :          _____
                                        :            Docket #
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2026

_____, **DISTRICT JUDGE:**
      Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                        Attorney's Name


                        **SO ORDERED.**


                   _____
                     **UNITED STATES DISTRICT JUDGE**



**Dated:**   **April 16, 2026**
           **New York, New York**