# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                    Tel: (212) 571-5500
Robert A. Soloway                                                   Fax: (212) 571-5507
David Stern

_____

Rachel Perillo

|  |
| --- |
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 4/16/26 |

April 16, 2026

**By ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   United States v. Gonzalez-Valdez et al.,
>        Including ANDERSON ZAMBRANO-PACHECO
>        25 Cr. 76 (MKV))

Dear Judge Vyskocil:

I am the attorney for Anderson Zambrano-Pacheco, a defendant in the above-named matter. Earlier today, I was appointed to this matter as substitute counsel under the Criminal Justice Act. This letter is respectfully submitted to request that your Honor authorize the appointment of my associate, Rachel Perillo, Esq., as associate counsel in this matter to assist me in various aspects of the case.

Ms. Perillo is an associate at my law office and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern and Eastern Districts of New York. It is expected that her assistance will be needed in Mr. Zambrano-Pacheco's case for various reasons, including that this is a complex racketeering matter involving twenty-nine defendants and the discovery is voluminous. Ms. Perillo is needed to help review the voluminous discovery, as well as to assist in legal research, the preparation of pretrial motions, and at trial, if necessary, and to visit with Mr. Zambrano-Pacheco at the Brooklyn Metropolitan Detention Center. Ms. Perillo's assistance would also be more cost-effective at the CJA associate rate of $137.00 per hour, and her work would not be duplicative.

If the Court grants this application, it is respectfully requested that Ms. Perillo be approved at the CJA rate of $137.00 per hour.

Hon. Mary Kay Vyskocil
April 16, 2026
Page Two

Additionally, as discussed at today's hearing, it is respectfully requested that Ms. Perillo be permitted to appear on my behalf at the status conference scheduled for tomorrow, April 17, 2026 at 11:00 a.m., as I will be out of town and am unable to appear.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,
/s/
Jeremy Schneider

**Granted. SO ORDERED.**

Date: April 16, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge