ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

July 20, 2026

**By ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2026

Re: United States v. Gonzalez-Valdez et al.,
Including ANDERSON ZAMBRANO-PACHECO
25 Cr. 76 (MKV)

Dear Judge Vyskocil:

I am the attorney for Anderson Zambrano-Pacheco, a defendant in the above-referenced matter, having been assigned pursuant to the Criminal Justice Act. This letter is respectfully submitted to request permission for undersigned counsel, as well as assigned associate counsel, Rachel Perillo, to submit interim vouchers for attorney services performed under the Criminal Justice Act.

The volume of work in this matter is extensive, including but not limited to the review of voluminous discovery and meeting with the defendant at the Brooklyn Metropolitan Detention Center. In light of the work already performed and the expected duration of continuing work, it would be a financial hardship for counsel to await conclusion of the entire case before billing for services. Accordingly, counsel respectfully requests that all counsel of record for Mr. Zambrano-Pacheco be permitted to submit interim CJA vouchers. If this application is granted, all interim billing will be done in accordance with local rules and policies.

The Court's time and attention to this matter is greatly appreciated.

**Granted. SO ORDERED.**

Date: 7/21/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,
/s/
Jeremy Schneider